J-S22010-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellee | |
| v. | |
| MICHAEL ROMAN | |
| Appellant | No. 839 WDA 2014 |

Appeal from the Judgment of Sentence April 17, 2014
In the Court of Common Pleas of Erie County
Criminal Division at No(s): CP-25-CR-0000029-2014
CP-25-CR-0001311-2013
CP-25-CR-0001314-2013
CP-25-CR-0001317-2013
CP-25-CR-0001319-2013
CP-25-CR-0002074-2013
CP-25-CR-0002115-2013

BEFORE:  PANELLA, J., LAZARUS, J., and STRASSBURGER, J.[*]

JUDGMENT ORDER BY PANELLA, J.          **FILED NOVEMBER 05, 2015**

Appellant, Michael Roman, appeals from the judgment of sentence entered April 17, 2014, in the Court of Common Pleas of Erie County. We affirm.

We assume the parties' familiarity with the facts and procedural history of this case. In the sole issue presented, Appellant challenges the discretionary aspects of his sentence. **See** Appellant's Brief, at 1.

_____

[*] Retired Senior Judge assigned to the Superior Court.

"[I]ssues challenging the discretionary aspects of a sentence must be raised in a post-sentence motion or by presenting the claim to the trial court during the sentencing proceedings. Absent such efforts, an objection to a discretionary aspect of a sentence is waived." ***Commonwealth v. Shugars***, 895 A.2d 1270, 1273-1274 (Pa. Super. 2006) (citation omitted).

Here, Appellant failed to present this claim at sentencing and failed to file a post-sentence motion after re-sentencing. Accordingly, we find the sentencing claim waived.

Judgment of sentence affirmed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 11/5/2015